# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-10311
Summary Calendar

D.C. Docket No. 4:18-CV-845-A

United States Court of Appeals
Fifth Circuit

**FILED**
October 3, 2019

Lyle W. Cayce
Clerk

TAYLOR FREELAND, Individually and as representative of the Estate of Billy LaRae Freeland, Deceased; JOSH FREELAND, Individually and as representative of the Estate of Billy LaRae Freeland, Deceased,

        Plaintiffs - Appellants

v.

TARRANT COUNTY, TEXAS; SHERIFF BILL E. WAYBOURN,

        Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas

Before KING, GRAVES, and WILLETT, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Oct 25, 2019
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit